THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kevin Thompson, Appellant.
 
 
 

Appeal From Lexington County
 William P. Keesley, Circuit Court Judge
Unpublished Opinion No. 2008-UP-353
Submitted July 1, 2008  Filed July 10,
 2008   
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Kevin Thompson appeals his guilty plea to possession
 with intent to distribute cocaine within the proximity of a school.  On appeal,
 Thompson argues the trial judge erred by accepting the guilty plea when the
 State failed to introduce an official drug analysis.  After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Thompsons appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON and GOOLSBY, A.J.J., concur

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.